# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA MARIE JOHNSON, ) )                Plaintiff, ) ) v. ) ) CAROLYN W. COLVIN, ) **Acting Commissioner of the Social** ) **Security Administration,** ) )                Defendant. ) | Case No. CIV-15-237-SPS |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 24] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 28th day of September, 2016.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**